■ In the Matter of STEPHAUAN P., a Person Alleged to be a Juvenile Delinquent, Appellant. [4 NYS3d 493]—

Orders of disposition, Family Court, Bronx County (Jeanette Ruiz, J., at summary denial of suppression motion; Peter J. Passidomo, J., at speedy trial motion, fact-finding hearing and disposition), entered on or about October 21, 2013, which adjudicated appellant a juvenile delinquent upon fact-finding determinations that he committed acts that, if committed by an adult, would constitute two counts of attempted robbery in the second degree, and placed him on probation for a period of 12 months, unanimously affirmed, without costs.

Appellant waived his right to challenge the adjournment beyond the prescribed 60-day period since he consented to the adjournment (*see Matter of Irene B.*, 244 AD2d 226 [1st Dept 1997], *lv denied* 91 NY2d 809 [1998]). The record supports the motion court's finding that there was no effective subsequent withdrawal or modification of appellant's consent.

The petition challenged by appellant on appeal was not jurisdictionally defective. By alleging that appellant and a companion tugged and grabbed at the victim's book bag and reached into the victim's pockets until one of the assailants finally said, "Let him go," the petition sufficiently alleged an attempted forcible taking (*see People v Smith*, 22 NY3d 1092 [2014]).

The court properly concluded that the police identification procedure was merely confirmatory (*see Matter of Raul F.*, 186 AD2d 74 [1st Dept 1992]). In any event, appellant was not prejudiced by the absence of a *Wade* hearing. Concur—Tom, J.P., Andrias, Saxe, Manzanet-Daniels and Kapnick, JJ.